UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IMONDO,

                      Plaintiff,

v.                                               **ORDER**

UNITED STATES OF AMERICA,                        19-cv-02443 (PMH)

                      Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Due to a further conference scheduled before Magistrate Judge McCarthy and to allow the parties to continue engaging in discovery, the case management conference previously scheduled for June 9, 2020 is hereby cancelled.

**SO ORDERED:**

Dated: New York, New York
       June 1, 2020

                                                _____
                                                Philip M. Halpern
                                                United States District Judge